IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CAUSE NO. EP-23-CV-253-KC |
| ELITE INSURANCE PARTNERS, LLC, | § § § § | |
| Defendant. | § | |

## ORDER

On this day, the Court sua sponte considered the above-captioned case. In addition to this case, Plaintiff has filed many other lawsuits in this Division, representing himself pro se. Plaintiff has initiated and filed all documents in these cases manually, on paper. And the Court has provided Plaintiff with notice of all of its orders via certified mail. In the interests of judicial economy and the conservation of limited, taxpayer-funded resources, the Court is considering whether to require Plaintiff to register as a user in the Court's electronic filing system for the purposes of all present and future cases to which Plaintiff is a party in the El Paso Division of the Western District of Texas.

Accordingly, it is **ORDERED** that Plaintiff shall **FILE** notice in this case, **by no later than August 4, 2023,** indicating whether he has access to each of the following:

1. A computer with internet access;

2. An email account on a daily basis to receive notifications from the Court and notices from the e-filing system;

3. A scanner to convert documents that are only in paper format into electronic files;

4. A printer or copier to create paper copies such as chambers copies, to the extent they are required by any judge in this Division;

5. A word-processing program to create documents; and

6. A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

**SO ORDERED.**

SIGNED this 14th day of July, 2023.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE