# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CAUSE NO. EP-23-CV-253-KC** |
| § | |
| **ELITE INSURANCE PARTNERS,** § | |
| **LLC,** § | |
| § | |
| **Defendant.** § | |

## ORDER

On this day, the Court sua sponte considered the above-captioned case. On November 9, 2023, the parties informed the Court that they had reached a settlement. *See* Joint Notice of Pending Settlement, ECF No. 9. In response, the Court ordered that "unless the parties submit final closing papers **on or before December 11, 2023**, the Court will dismiss the case without costs and without prejudice to the rights of any party to move within thirty days thereafter to reopen if settlement has not, in fact, been consummated." Nov. 13, 2023, Order, ECF No. 10.

That date has now passed, and the parties have not submitted final closing papers. Accordingly, it is **ORDERED** that all of Plaintiff's claims in this case are **DISMISSED** without prejudice to the rights of either party to move to reopen **on or before January 12, 2024**, if settlement has not, in fact, been consummated.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 12th day of December, 2023.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE